In the Matter of CELIA ROTHSPAN, Respondent. WALTER C. NOYES, Appellant.

Argued November 14, 1944; decided December 30, 1944.

*Jerome Golenbock* for appellant.
*Harvey I. Harris* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.